LAW OFFICES OF

# JEFFREY LICHTMAN

441 LEXINGTON AVENUE

SUITE 504

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

MATTHEW COHAN

PH: (212) 581-1001

FX: (212) 581-4999

December 5, 2025

**MEMO ENDORSED**

**BY ECF**

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

> Re:    **United States v. Trijya Vakil, 25 CR 226 (NSR)**

Dear Judge Román:

I am writing on behalf of defendant Trijya Vakil to respectfully request a modification of the defendant's probation and to request that Pretrial Services be directed to return her passport. Specifically, we request that Your Honor authorize Probation to permit the defendant, on a case by case basis with pre-approval by Probation, to travel out of the district and overnight for legitimate employment-related purposes. Further, we request that Pretrial Services be directed to return Ms. Vakil's passport now that she has been sentenced and commenced her term of home confinement and probation. Ms. Vakil's probation officer, John Lackey, has no objection to this request. The government, by AUSA James McMahon, defers to Probation on the issue of work-related travel and likewise has no objection to the return of her passport.

By way of background, on October 17, 2025, Ms. Vakil was sentenced by the Court to six months of home confinement and three years of probation. She has been fully compliant with all conditions imposed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2025

**JEFFREY LICHTMAN**

Hon. Nelson S. Román
United States District Judge
December 5, 2025
Page 2

       Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:     AUSA James McMahon (by email & ECF)

**Defendant's request that Pretrial Services return her passport is GRANTED without objection by Probation Officer John Lackey and the Government. Defendant's request for modification of the terms of her Probation to authorize Probation to permit the defendant, on a case-by-case basis with pre-approval by Probation, to travel out of the district and overnight for legitimate employment-related purposes is also GRANTED with the Government deferring to Probation. Clerk of Court is requested to terminate the motion at ECF No. 26.**
**Dated: December 18, 2025**
    **White Plains, NY**

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE